UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 18-11768-GAO

EDWARD F. GRODEN, EXECUTIVE DIRECTOR of the NEW ENGLAND TEAMSTERS
AND TRUCKING INDUSTRY PENSION FUND,
Plaintiff,

v.

MAXUM EXPO SERVICES, LLC,
Defendant.

ORDER FOR JUDGMENT
August 9, 2019

O'TOOLE, D.J.

The plaintiff brought suit under 29 U.S.C. § 1145, alleging Maxum Expo Services owed an unpaid contribution to New England Teamsters and Trucking Industry Pension Fund by reason of Maxum's withdrawal from the fund. (Compl. ¶¶ 8–10 (dkt. no. 1).) Maxum did not answer the complaint. (Req. for Notice of Default (dkt. no. 8).) On November 14, 2018, the clerk entered default against Maxum. (Entry of Default (dkt. no. 9).) Following Maxum's default, the plaintiff moved for a default judgment in the total amount of $211,017.93. (Mot. for Default J. (dkt. no. 11).) This figure is the sum of (a) $165,120 in unpaid liability Maxum incurred when it withdrew from the Fund, (b) $8820.36 in interest accrued on the unpaid withdrawal liability, (c) an assessment of $33,024 in liquidated damages, and (d) $4053.57 in attorney's fees and costs. (Mem. in Supp. of Default J. ¶ 14 (dkt. no. 12).)

However, careful review of the papers reveals nothing in the record to support the proposed calculation of liquidated damages. Under the Employee Retirement Income Security Act, damages may be assessed in an amount that is the greater of either the total accrued interest or the amount

of liquidated damages provided for in the pension fund agreement, up to the statutory maximum of 20% of unpaid withdrawal liability. 29 U.S.C. § 1132(g)(2)(C). If liquidated damages are to be awarded, they must be "*provided for under the plan*" and must not exceed 20% of the unpaid contributions owed by the employer. Id. (emphasis added). Because the plaintiff's papers do not demonstrate that the plan provides for liquidated damages, he is entitled damages equal to the total accrued interest. Id.

Accordingly, the Fund is entitled to a default judgment calculated as follows:

(a) the principal sum of $165,120 for withdrawal liability,

(b) interest in the amount of $8820.36,

(c) damages equal to the amount of interest owed, or an additional $8820.36, and

(d) attorney's fees and costs in the amount of $4053.57.

It is therefore ORDERED that the plaintiff recover from the defendant, Maxum Expo Services, LLC, the amount of $186,814.29.

/s/ George A. O'Toole, Jr.
United States District Judge